CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 1 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NERY A. SALINAS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08cv00268 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| JEFFREY DILLMAN, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A. Any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 15th day of April, 2008.

/s/ Glen E. Conrad
United States District Judge

13